```
                                                    FILED
                                                September 15, 2011
                                                CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
                                                   CALIFORNIA
                                                  /s/ [signature]
                                                  DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRUCE GODLSMITH, )<br>)<br>Defendant. ) | Case No. 2:11MJ00288-GGH-4<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   BRUCE GODLSMITH  , Case No.

2:11MJ00288-GGH-4 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2011  at  2:00 pm  .

                        By   /s/ Gregory G. Hollows
                             Gregory G. Hollows
                             United States Magistrate Judge

Copy 5 - Court